**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 07-7276**

―――――――

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

     v.

ANTWAN ASKIA,

            Defendant - Appellant.

―――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(1:98-cr-00258-BEL-4; 1:04-cv-02914-BEL)

―――――――

Submitted:  February 28, 2008      Decided:  March 5, 2008

―――――――

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Antwan Askia, Appellant Pro Se.  Lynne Ann Battaglia, OFFICE OF THE
UNITED STATES ATTORNEY, Robert Reeves Harding, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Askia seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Askia has not made the requisite showing. Accordingly, although we grant Askia's motion to supplement his informal brief, we deny his motion for a certificate of appealability, and we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -